IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KAREN FRANCES WILSON and
ANTOINE SAMUEL WILSON,

        Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

ORDER

Case No. 26-cv-145-jdp

---

On February 2, 2026, "The Wilson Family d/b/a Trails End Motel" removed two civil cases from Columbia County Circuit Court. *See* Western District of Wisconsin Case No. 26-cv-84-jdp, *Westby Co-op Credit Union v. The Wilson Family, et al*. It was apparent that "The Wilson Family" included Karen Wilson and Antoine Wilson, plaintiffs in the present action. Case No. 26-cv-84 was remanded to state court for lack of subject matter jurisdiction on February 6, 2026, but the Wilsons continued to file documents in that case, including various motions. All were denied for lack of jurisdiction. *See* 26-cv-84-jdp, dkts. 26 and 32.

Among the documents that plaintiffs submitted post-remand was a new civil complaint against the United States, Camile Carter, Quenesha McNeal, and Westby Co-op Credit Union. The clerk's office filed that complaint in the present case along with copies of plaintiffs' earlier-filed motions for leave to proceed *in forma pauperis*, reasoning that plaintiffs were, in fact, seeking leaving to proceed without prepaying the filing fees in both case, 26-cv-84-jdp and 26-cv-145-jdp. For the reasons stated below, plaintiffs' motions for leave to proceed without prepaying the filing fee in 26-cv-145-jdp are DENIED.

Plaintiffs' combined income from social security and VA disability benefits is more than $6,300 a month, while their combined expenses are $4,300 a month. They own a commercial bus

and home with an approximate value of $1,500,000 (in which they have $1,349,000 in equity) and they reportedly have $1,000 in liquid assets — cash, checking, or savings. These circumstances do not warrant a determination of indigency. Plaintiffs clearly have the means to pay the modest $405 filing fee[1] without suffering undue hardship. Accordingly, plaintiffs must prepay the filing fee to commence this action.

ORDER

IT IS ORDERED that plaintiffs Karen Wilson and Antoine Wilson's petitions for leave to proceed without prepaying the filing fee in Case No. 26-cv-145-jdp are DENIED. Plaintiffs must pay the $405 filing fee no later than March 31, 2026. If plaintiffs fail to do so, I will assume they have chosen to withdraw this action voluntarily, and the case will be dismissed without prejudice.

Entered this 4th day of March, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
U.S. Magistrate Judge

---

[1] Effective December 1, 2023, the total filing fee for a new civil action in a U.S. District Court is $405 — a $350 statutory fee plus a $55 miscellaneous administrative fee.